

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Salomon GRIEGO, Claimant–Appellee,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellant.**

No. 2006–7361.

United States Court of Appeals, Federal Circuit.

Oct. 23, 2007.

*ORDER*

Upon consideration of respondent's motion to vacate and remand, it is

ORDERED that this matter is vacated and remanded to the Court of Appeals for Veterans Claims for further proceedings consistent with this Court's decision in *Mlechick v. Mansfield,* 503 F.3d 1340 (Fed.Cir.2007).

**John Robert DEMOS, Jr., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5102.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2007.

John Robert Demos, Jr., pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**James Aggrey–Kweggyir ARUNGA, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5156.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2007.

James Aggrey–Kweggyir Arunga, pro se.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Joel S. KUYKENDALL, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2007–3320.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2007.

Joel S. Kuykendall, pro se.

## ORDER

Order Vacated, See 2008 WL 565440.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**CIAS, INC., Plaintiff–Appellant,**

v.

**ALLIANCE GAMING CORPORATION and Bally Gaming, Inc., Defendants– Appellees.**

No. 2006–1342.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2007.

Before NEWMAN, Circuit Judge, SCHALL, Circuit Judge, and MOORE, Circuit Judge.

## ORDER

A petition for rehearing having been filed by the Appellant,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on October 31, 2007.

